SEALED

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

Western District of Virginia

WD/WA# MJ18-5151

United States of America
v.
PHILLIP DAEKWON MILES

)
)
)
)
)
)
)

Case No.   4:18CR00011-005

_Defendant_

## ARREST WARRANT

To:    Any authorized law enforcement officer

YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay
_(name of person to be arrested)_    __Phillip Daekwon Miles__
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

Violent Crime in Aid of Racketeering; Use of Firearm During a Violent Crime in Aid of Racketeering

Date:    __06/11/2018__

_Issuing officer's signature_

Joyce C. Jones, Deputy Clerk

City and state:    __Charlottesville, VA__

__Hon. Joel C. Hoppe, United States Magistrate Judge__
_Printed name and title_

| Return |
|---|
| This warrant was received on _(date)_ _____ , and the person was arrested on _(date)_ _____ at _(city and state)_ _____ . |
| Date: _____ |

COPY
DO NOT EXECUTE

_Arresting officer's signature_

_Printed name and title_

# SEALED

CLERK'S OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED

**JUN 1 1 2018**

JULIA C. DUDLEY, CLERK
BY:
DEPUTY CLERK

## IN THE
## UNITED STATES DISTRICT COURT
## FOR THE
## WESTERN DISTRICT OF VIRGINIA
## DANVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Criminal Number: _4:18-cr-00011_ |
| | ) |
| MARCUS JAY DAVIS | ) |
|     a/k/a "Sticcs" | ) In Violation of: |
| | ) |
| KEVIN LAMONT TRENT, JR. | )   18 U.S.C. § 2 |
|     a/k/a "Bad Ass" "Gates" or "SixOwe" | )   18 U.S.C. § 3 |
| | )   18 U.S.C. § 924(c)(1)(A)(iii) |
| KANAS LAMONT'E TRENT | )   18 U.S.C. § 924(j) |
|     a/k/a "LA" | )   18 U.S.C. § 1503 |
| | )   18 U.S.C. § 1512(b)(1) |
| DESHAUN LAMAR TRENT | )   18 U.S.C. § 1623 |
|     a/k/a "Da Da" or "Six" | )   18 U.S.C. § 1959(a)(1) |
| | )   18 U.S.C. §§ 1962(d) |
| PHILLIP DAEKWON MILES | )   18 U.S.C. § 1963 |
|     a/k/a "R" or "Sammy" | ) |
| | ) |
| SHABBA LARUN CHANDLER | ) |
|     a/k/a "Trill" | ) |
| | ) |
| MATTHEW CEASAR FERGUSON | ) **INDICTMENT** |
|     a/k/a "MC" | ) |
| | ) |
| ASHLEY TIANA ROSS | ) |
| | ) |
| SHANICQUA LATRICE COLEMAN | ) |
|     a/k/a "Egg" | ) |
| | ) |
| TENIKQUA FULLER | ) |
|     a/k/a "Fuller" | ) |

## COUNT ONE
### Racketeering Conspiracy

The Grand Jury charges:

### Introduction

1.      The Rollin 60s Neighborhood "Crips" street gang was formed in the late 1960s in Los Angeles, California.

2.      The Crips street gang is comprised of individual units or "sets," each identified or affiliated with a geographic area.

3.      The ROLLIN 60s ("ROLLIN 60s") is a set of the Crips street gang and their associates which have operated in the Western District of Virginia, primarily Danville, Virginia, since at least sometime in or about 2015.

   a.  In addition to their violent criminal activity, the ROLLIN 60s derive income from drug distribution and sales of firearms and stolen property.

   b.  The ROLLIN 60s operate within a defined geographic territory within Danville, Virginia. The ROLLIN 60s are typically associated with an area in the City of Danville known as the "8" or "800." They work to control and maintain this area against other gangs.

   c.  The ROLLIN 60s commonly utilize a variety of unifying marks, manners, and identifiers, including "gang signs," which refer to hand gestures that are specific to the gang organizations.  The ROLLIN 60s use certain phrases, lingo, and writing styles to promote and facilitate their gang and to show disrespect to others.

2

d. The ROLLIN 60s operate under a loose leadership structure, with the head of the gang called "BKig Homie."

e. The ROLLIN 60s function according to a set of rules, sometimes contained in "books of knowledge." The books of knowledge can describe such things as the leadership structure, gang history, and general rules.

f. The ROLLIN 60s frequently possess firearms, which they show themselves brandishing in publicly available videos and photographs in order to promote the gang's violent and intimidating image. The ROLLIN 60s also use social media as a recruitment tool.

3. At all times relevant to this Indictment, the ROLLIN 60s and its associates, in the Western District of Virginia and elsewhere, engaged in criminal activity, including but not limited to: assault; obstruction of justice; attempted murder; murder; drug trafficking; and conspiracy to commit those crimes.

<u>The Racketeering Enterprise</u>

4. At all times relevant to this Indictment, defendants MARCUS JAY DAVIS, KEVIN LAMONT TRENT, JR., KANAS LAMONT'E TRENT, DESHAUN LAMAR TRENT, PHILLIP DAEKWON MILES, SHABBA LARUN CHANDLER, and MATTHEW CEASAR FERGUSON, and others known and unknown were members and associates of a criminal organization, the ROLLIN 60s Crips street gang, which was engaged in, among other things, murder, assault, and the trafficking of controlled substances, within the Western District of Virginia and elsewhere.

5. The ROLLIN 60s, including its leadership, membership, and associates, constituted an "enterprise," as defined by Title 18, United States Code, Section 1961(4), that is, a

3

group of individuals associated in fact. The enterprise constituted an ongoing organization whose members functioned as a continuing unit for a common purpose of achieving the objectives of the enterprise. This enterprise was engaged in, and its activities affected, interstate and foreign commerce.

### Purposes of the Enterprise

6.     The purposes of the enterprise included promoting and enhancing the enterprise and its reputation through, among other things, committing acts of violence, including acts involving murder, and assault; enriching its members and associates through among other things, trafficking in controlled substances and committing acts of violence; prolonging the activities of the enterprise by providing assistance to members of the enterprise who committed crimes for and on behalf of the enterprise; and by thwarting efforts of law enforcement to apprehend enterprise members

### Manner and Means of the Enterprise

7.     Among the manner and means by which the members and their associates conducted and participated in the conduct of the affairs of the enterprise were the following:

a.     Members engaged in shootings and acts involving murder;

b.     Members of the enterprise and their associates obstructed justice by destroying and hiding evidence and firearms and through witness intimidation;

c.     Members of the enterprise and their associates distributed controlled substances, and used the proceeds of those drug transactions to benefit gang members and to help finance their enterprise.

4

<u>Role of the Defendants and Co-Conspirators</u>

8.     The roles of the defendants and co-conspirators included, but were not limited to, the following:

a.     MARCUS JAY DAVIS, a/k/a "Sticcs" was a member of the ROLLIN 60s, and was, for a time, the leader of the enterprise who recruited, directed, and guided other members of the enterprise in carrying out certain unlawful and other activities in furtherance of conducting the enterprise's affairs. His rank was a "BKig Homie," which placed him at the top of the racketeering enterprise hierarchy in Danville at times relevant to this indictment.

b.     KEVIN LAMONT TRENT, JR., a/k/a "Bad Ass" or "Gates," was a member of the ROLLIN 60s.

c.     KANAS LAMONT'E TRENT, a/k/a "LA" was a member of the ROLLIN 60s.

d.     DESHAUN LAMAR TRENT, a/k/a "Da Da" or "Six" was a member of the ROLLIN 60s.

e.     PHILLIP DAEKWON MILES, a/k/a "R" or "Sammy" was a member of the ROLLIN 60s.

f.     SHABBA LARUN CHANDLER, a/k/a "Trill" was a member of the ROLLIN 60s.

g.     MATTHEW CESAR FERGUSON, a/k/a "MC" was a member of the ROLLIN 60s.

<u>The Racketeering Conspiracy</u>

9.     From in or about sometime in 2015, the exact date being unknown to the Grand Jury, and continuing through the date of this Indictment, in the Western District of Virginia and

5

elsewhere, the defendants, MARCUS JAY DAVIS, KEVIN LAMONT TRENT, JR., KANAS

LAMONT'E TRENT, DESHAUN LAMAR TRENT, PHILLIP DAEKWON MILES, SHABBA

LARUN CHANDLER, and MATTHEW CEASAR FERGUSON, together with each other and

other persons known and unknown, being persons employed by and associated with the ROLLIN

60s gang, an enterprise which was engaged in, and the activities of which affected, interstate and

foreign commerce, knowingly and intentionally did combine, conspire, confederate and agree

with each other, and with persons known and unknown to the Grand Jury, to violate Title 18,

United States Code, Section 1962(c), that is, to conduct and participate, directly and indirectly, in

the conduct of the affairs of the enterprise through a pattern of racketeering activity, as that term

is defined by Title 18, United States Code, Sections 1961(1) and 1961(5), consisting of multiple

acts involving:

> a.  Murder, chargeable under Virginia Code, Section 18.2-32, 18.2-22,
>
> 18.2-26 and 18.2-18 and the common law of Virginia;

multiple acts indictable under:

> b.  18 U.S.C. § 1512 (Tampering with a witness, victim, or an informant);
>
> c.  18 U.S.C. § 1503 (Obstruction of justice);

multiple offenses involving:

> d.  Trafficking in controlled substances in violation of 21 U.S.C. §§ 841 and

846.

10.  It was further part of the conspiracy that each defendant agreed that a conspirator

would commit at least two acts of racketeering activity in the conduct of the affairs of the

enterprise.

6

<u>Overt Acts</u>

11.     In furtherance of the conspiracy and to achieve the objective thereof, the

defendants, and others known and unknown to the Grand Jury, performed and caused to be

performed a number of overt acts in the Western District of Virginia and elsewhere. The overt

acts performed by the conspirators included, but are not limited to:

     a.    On or about August 20, 2016, MARCUS JAY DAVIS, KEVIN LAMONT
TRENT, JR., KANAS LAMONT'E TRENT, DESHAUN LAMAR
TRENT, PHILLIP DAEKWON MILES, SHABBA LARUN
CHANDLER, and MATTHEW CEASAR FERGUSON, and others
known and unknown to the Grand Jury, murdered Christopher Lamont
Motley and shot at and attempted to murder Justion Wilson in the
Southwyck Apartment complex in Danville, Virginia.

     b.    On or between 2016 through 2018, MARCUS JAY DAVIS, KEVIN
LAMONT TRENT, JR., KANAS LAMONT'E TRENT, DESHAUN
LAMAR TRENT, PHILLIP DAEKWON MILES, SHABBA LARUN
CHANDLER, and MATTHEW CEASAR FERGUSON, and others
known and unknown to the Grand Jury, trafficked in controlled substances
throughout the Danville, Virginia area.

     c.    On or about April 24, 2018, KEVIN LAMONT TRENT, JR. obstructed
justice by threatening individuals who may cooperate with a federal grand
jury investigating the gang violence in Danville, Virginia.

## NOTICE OF SPECIAL SENTENCING FACTORS

12.     That on or about August 20, 2016, in the Western District of Virginia, defendants

MARCUS JAY DAVIS, KEVIN LAMONT TRENT, JR., KANAS LAMONT'E TRENT,

DESHAUN LAMAR TRENT, PHILLIP DAEKWON MILES, SHABBA LARUN CHANDLER,

and MATTHEW CEASAR FERGUSON, did willfully, deliberately and with premeditation, kill

Christopher Lamont Motley, in violation of Virginia Code Sections 18.2-32 and 18.2-18.

13. All in violation of Title 18, United States Code, Sections 1962 (d) and 1963.

7

## COUNT TWO
### Violent Crime in Aid of Racketeering, to-wit:
### Murder of Christopher Lamont Motley

The Grand Jury further charges that:

14.     At all times relevant to this Indictment, the ROLLIN 60's, including its leaders, members, and associates, as more fully described in paragraph 1 through 8 of Count One of this Indictment, which are realleged and incorporated by reference as though set forth fully herein, constituted an enterprise as defined in Title 18, United States Code, Section 1959(b)(2), that is, a group of individuals associated in fact that was engaged in, and the activities of which affected, interstate and foreign commerce. The enterprise constituted an ongoing organization whose members functioned as a continuing unit for a common purpose of achieving the objectives of the enterprise.

15.     At all times relevant to this Indictment, the above-described enterprise, through its leaders, members and associates, engaged in racketeering activity as defined in Title 18, United States Code, Sections 1959(b)(1) and 1961(1), that is, multiple acts involving murder in violation of Virginia law; and trafficking in controlled substances in violation of 21 U.S.C. §§ 841 and 846.

16.     On or about August 20, 2016, in the Western District of Virginia, for the purpose of maintaining and increasing position in the ROLLIN 60s gang, an enterprise engaged in racketeering activity, MARCUS JAY DAVIS, KEVIN LAMONT TRENT, JR., KANAS LAMONT'E TRENT, DESHAUN LAMAR TRENT, PHILLIP DAEKWON MILES, SHABBA LARUN CHANDLER, and MATTHEW CEASAR FERGUSON did murder Christopher Lamont Motley, in violation of Virginia Code Sections, 18.2-32 and 18.2-18..

17.     All in violation of Title 18, United States Code, Sections 2 and 1959(a)(1).

## COUNT THREE
### Use of Firearm During a Violent Crime in Aid of
### Racketeering, to-wit: Murder of Christopher Lamont Motley

The Grand Jury further charges that:

18.     On or about August 20, 2016, MARCUS JAY DAVIS, KEVIN LAMONT TRENT, JR., KANAS LAMONT'E TRENT, DESHAUN LAMAR TRENT, PHILLIP DAEKWON MILES, SHABBA LARUN CHANDLER, and MATTHEW CEASAR FERGUSON, in the Western District of Virginia, did knowingly use, carry, brandish and discharge a firearm during and in relation to a crime of violence for which they may be prosecuted in a court of the United States, that is, a violation of Title 18, United States Code, Section 1959(a)(1), as set forth in Count Two of this Indictment, and in the course of a violation of Title 18, United States Code, Section 924(c), caused the death of a person through the use of a firearm, which killing is murder as defined in Title 18, United States Code, Section 1111(a).

19.     All in violation of Title 18, United States Code, Section 924(j).

## COUNT FOUR
### Violent Crime in Aid of Racketeering, to-wit:
### Attempted Murder of Justion Wilson

The Grand Jury further charges that:

20.     Paragraphs 14 and 15 of Count Two of this Indictment are realleged and incorporated by reference as though set forth fully herein.

21.     On or about August 20, 2016, in the Western District of Virginia, for the purpose of maintaining and increasing position in the ROLLIN 60s gang, an enterprise engaged in racketeering activity, MARCUS JAY DAVIS, KEVIN LAMONT TRENT, JR., KANAS LAMONT'E TRENT, DESHAUN LAMAR TRENT, PHILLIP DAEKWON MILES, SHABBA

LARUN CHANDLER, and MATTHEW CEASAR FERGUSON, did attempt to murder Justion Wilson in violation of Virginia Code Sections, 18.2-32, 18.2-26, and 18.2-18.

22. All in violation of Title 18, United States Code, Sections 2 and 1959(a)(5).

## COUNT FIVE
Use of Firearm During a Violent Crime in Aid of
Racketeering, to-wit: Attempted Murder of the Justion Wilson

The Grand Jury further charges that:

23. On or about August 20, 2016, MARCUS JAY DAVIS, KEVIN LAMONT TRENT, JR., KANAS LAMONT'E TRENT, DESHAUN LAMAR TRENT, PHILLIP DAEKWON MILES, SHABBA LARUN CHANDLER, and MATTHEW CEASAR FERGUSON, in the Western District of Virginia, did knowingly use, carry, brandish, and discharge a firearm during and in relation to a crime of violence for which they may be prosecuted in a court of the United States, that is, a violation of Title 18, United States Code, Section 1959(a)(5), as set forth in Count Four of this Indictment.

24. All in violation of Title 18, United States Code, Section 924(c)(1)(A)(iii).

## COUNT SIX
Violent Crime in Aid of Racketeering, to-wit:
Assault with a Dangerous Weapon of Justion Wilson

The Grand Jury further charges that:

25. Paragraphs 14 and 15 of Count Two of this Indictment are realleged and incorporated by reference as though set forth fully herein.

26. On or about August 20, 2016, in the Western District of Virginia, for the purpose of maintaining and increasing position in the ROLLIN 60s gang, an enterprise engaged in racketeering activity, MARCUS JAY DAVIS, KEVIN LAMONT TRENT, JR., KANAS

10

LAMONT'E TRENT, DESHAUN LAMAR TRENT, PHILLIP DAEKWON MILES, SHABBA

LARUN CHANDLER, and MATTHEW CEASAR FERGUSON, did assault Justion Wilson

with a dangerous weapon in violation of Virginia Code Sections, 18.2-282 and 18.2-18.

27. All in violation of Title 18, United States Code, Sections 2 and 1959(a)(3).

**COUNT SEVEN**
Use of Firearm During a Violent Crime in Aid of
Racketeering, to-wit: Assault of Justion Wilson with a Dangerous Weapon

The Grand Jury further charges that:

28. On or about August 20, 2016, MARCUS JAY DAVIS, KEVIN LAMONT

TRENT, JR., KANAS LAMONT'E TRENT, DESHAUN LAMAR TRENT, PHILLIP

DAEKWON MILES, SHABBA LARUN CHANDLER, and MATTHEW CEASAR

FERGUSON, in the Western District of Virginia, did knowingly use, carry, brandish and

discharge a firearm during and in relation to a crime of violence for which they may be

prosecuted in a court of the United States, that is, a violation of Title 18, United States Code,

Section 1959(a)(3), as set forth in Count Six of this Indictment.

29. All in violation of Title 18, United States Code, Section 924(c)(1)(A)(iii).

**COUNT EIGHT**
Accessory After the Fact

The Grand Jury further charges that:

30. On or about August 20-21, 2016, in the Western District of Virginia, ASHLEY

TIANA ROSS and TENIKQUA FULLER, knowing that an offense against the United States has

been committed, to wit, murder, attempted murder, and assault with a dangerous weapon in aid

of racketeering, in violation of Title 18, United States Code, Section 1959(a), as charged in

11

Counts Two, Four and Six, did receive, relieve, comfort, and assist one or more members of the ROLLIN 60's gang, in order to hinder and prevent the offenders apprehension, trial, and punishment.

31.     All in violation of Title 18, United States Code, Section 3.


## COUNT NINE
### Obstruction of Justice – Tampering with Proceedings

The Grand Jury further charges that:

32.     On or about May 7, 2018, SHANICQUA LATRICE COLEMAN and ASHLEY TIANA ROSS, in the Western District of Virginia, did corruptly obstruct, influence, and impede, or attempt to do so, *In re: Investigation into the violence in Danville, Virginia,* an official proceeding, by providing false testimony to a federal grand jury.

33.     All in violation of Title 18, United States Code, Section 1512(c)(2).


## COUNT TEN
### Obstruction of the Due Administration of Justice

The Grand Jury further charges that:

34.     On or about May 7, 2018, SHANICQUA LATRICE COLEMAN and ASHLEY TIANA ROSS, in the Western District of Virginia, did corruptly obstruct and impede and endeavor to influence, and impede, or attempt to so, the due administration of justice in a pending criminal investigation by falsely testifying, while under oath, to a Federal Grand Jury.

35.     All in violation of Title 18, United States Code, Section 1503.

## **COUNT ELEVEN**
### False Declarations Before Grand Jury

The Grand Jury further charges that

36.     On or about May 7, 2018, SHANICQUA LATRICE COLEMAN, in the Western District of Virginia, while under oath and testifying in a proceeding before a Federal Grand Jury of the United States in the Western District of Virginia, knowingly did make a false material declaration.

37.     At the time and place alleged, SHANICQUA LATRICE COLEMAN, appearing as a witness under oath at a proceeding before the grand jury knowingly made the following declaration in response to questions with respect to the material matter as follows:

"Q.     At the time if this shooting would have been August of 2016, did you have a Facebook Account the?

A.     No, I wasn't on it. It was up, but I wasn't on it.

Q.     But you had one?

A.     Yes.

Q.     In the days after the, week or so after, did you ever communicate on Facebook with anyone?

A.     No.

Q.     Let me show you what's been marked as Grand Jury Exhibit SC1. Do you recognize your name"?

A.     Yes.

Q.     Is that your Facebook name?

A.     mm-hmm (indicating affirmatively).

Q.     Shanicqua Coleman with the, yes?

A.     Yes.

Q.     With two A's. You're going to have to speak up.

A.     Yes.

Q.     And do you see there's a Facebook communication with Taniqua Fuller?

A.     Yes.

Q.     And that's your friend?

A.     Yes.

Q.     And you asked her, you still got Kev's gun, or Kev gun......?

A.     No, that wasn't me."

Q.     That wasn't you"

A.     No."

13

38. The testimony of SHANICQUA LATRICE COLEMAN, as she then and there well knew and believed, was false.

39. All in violation of Title 18, United States Code, Section 1623.

## COUNT TWELVE
False Declarations Before Grand Jury

The Grand Jury further charges that

40. On or about May 7, 2018, SHANICQUA LATRICE COLEMAN, in the Western District of Virginia, while under oath and testifying in a proceeding before a Federal Grand Jury of the United States in the Western District of Virginia, knowingly did make a false material declaration.

41. At the time and place alleged, SHANICQUA LATRICE COLEMAN, appearing as a witness under oath at a proceeding before the grand jury knowingly made the following declaration in response to questions with respect to the material matter as follows:

"Q. So did you ever hear anything about, and I want to be very exact here, so did you ever hear anything about Tenikqua Fuller with the gun Kevin Trent had that day?
A. I never heard that."

42. The testimony of SHANICQUA LATRICE COLEMAN, as she then and there well knew and believed, was false.

43. All in violation of Title 18, United States Code, Section 1623.

## COUNT THIRTEEN
False Declarations Before Grand Jury

The Grand Jury further charges that:

44. On or about May 7, 2018, ASHLEY TIANA ROSS, in the Western District of Virginia, while under oath and testifying in a proceeding before a Federal Grand Jury of the

14

United States in the Western District of Virginia, knowingly did make a false material declaration.

45.     At the time and place alleged, ASHLEY TIANA ROSS, appearing as a witness under oath at a proceeding before the grand jury knowingly made the following declaration in response to questions with respect to a material matter as follows:

"Q.     And when you woke up that day at your apartment in North Hills Court, who was there?
A.     Me, Tanasia, and Tredarius and Harmony.
Q.     No one else?
A.     No.
Q.     And that did you do that day?   So you woke up?
A.     I woke up, me and Harmony got dressed and we left.   We left."

46.     The testimony of ASHLEY TIANA ROSS, as she then and there well knew and believed, was false.

47.     All in violation of Title 18, United States Code, Section 1623.

## COUNT FOURTEEN
### False Declarations Before Grand Jury

The Grand Jury further charges that:

48.     On or about May 7, 2018, ASHLEY TIANA ROSS, in the Western District of Virginia, while under oath and testifying in a proceeding before a Federal Grand Jury of the United States in the Western District of Virginia, knowingly did make a false material declaration.

49.     At the time and place alleged, ASHLEY TIANA ROSS, appearing as a witness under oath at a proceeding before the grand jury knowingly made the following declaration in response to questions with respect to a material matter as follows:

"Q.     And when she picked you up, did she have anything with her?

15

A.            No, besides balloons and stuff, that's it.
Q.      And you went from your apartment to where?
A.      I think we went straight to Megabounce, yeah, straight to Megabounce.
Q.      And when you left your apartment, who was in your apartment?
A.      Tanasia and Tredarius.
Q.      Anyone else?
A.      No."

50.      The testimony of ASHLEY TIANA ROSS, as she then and there well knew and believed, was false.

51.      All in violation of Title 18, United States Code, Section 1623.

### COUNT FIFTEEN
### False Declarations Before Grand Jury

The Grand Jury further charges that:

52.      On or about May 7, 2018, ASHLEY TIANA ROSS, in the Western District of Virginia, while under oath and testifying in a proceeding before a Federal Grand Jury of the United States in the Western District of Virginia, knowingly did make a false material declaration.

53.      At the time and place alleged, ASHLEY TIANA ROSS, appearing as a witness under oath at a proceeding before the grand jury knowingly made the following declaration in response to questions with respect to a material matter as follows:

"Q.     And you went to Megabounce and how long were you there?
A.           It felt like all day.  It was about all day, because I didn't come back home until like  10:00, maybe a little after 10:00.  Because after we left Megabounce, we went to  Pizza Hut and stayed at Pizza Hut until it closed.

\*      \*      \*

Q.      And how long were you at Pizza Hut?
A.      Until they closed.
Q.      Until close?
A.      Yes."

16

54. The testimony of ASHLEY TIANA ROSS, as she then and there well knew and believed, was false.

55. All in violation of Title 18, United States Code, Section 1623.

## COUNT SIXTEEN
### False Declarations Before Grand Jury

The Grand Jury further charges that:

56. On or about May 7, 2018, ASHLEY TIANA ROSS, in the Western District of Virginia, while under oath and testifying in a proceeding before a Federal Grand Jury of the United States in the Western District of Virginia, knowingly did make a false material declaration.

57. At the time and place alleged, ASHLEY TIANA ROSS, appearing as a witness under oath at a proceeding before the grand jury knowingly made the following declaration in response to questions with respect to a material matter as follows:

"Q. I'm asking you as you sit here today under oath before this Grand Jury, who was in your apartment the night Mouse was killed?
A. Okay, no, Deshaun was not there.
Q. Deshaun was not there?
A. No."

58. The testimony of ASHLEY TIANA ROSS, as she then and there well knew and believed, was false.

59. All in violation of Title 18, United States Code, Section 1623.

## COUNT SEVENTEEN
### False Declarations Before Grand Jury

The Grand Jury further charges that:

60.     On or about May 7, 2018, ASHLEY TIANA ROSS, in the Western District of Virginia, while under oath and testifying in a proceeding before a Federal Grand Jury of the United States in the Western District of Virginia, knowingly did make a false material declaration.

61.     At the time and place alleged, ASHLEY TIANA ROSS, appearing as a witness under oath at a proceeding before the grand jury knowingly made the following declaration in response to questions with respect to a material matter as follows:

"Q.     Was MC there?
A.      No."

62.     The testimony of ASHLEY TIANA ROSS, as she then and there well knew and believed, was false.

63.     All in violation of Title 18, United States Code, Section 1623.

## COUNT EIGHTEEN
### False Declarations Before Grand Jury

The Grand Jury further charges that:

64.     On or about May 7, 2018, ASHLEY TIANA ROSS, in the Western District of Virginia, while under oath and testifying in a proceeding before a Federal Grand Jury of the United States in the Western District of Virginia, knowingly did make a false material declaration.

65.     At the time and place alleged, ASHLEY TIANA ROSS, appearing as a witness

18

under oath at a proceeding before the grand jury knowingly made the following declaration in response to questions with respect to a material matter as follows:

"Q. From where?   Where are the gunshots coming from?
A. From the outside.
Q. Outside?
A. Yes.
Q. Some of them weren't coming from inside your apartment?
A. No."

66.    The testimony of ASHLEY TIANA ROSS, as she then and there well knew and believed, was false.

67.    All in violation of Title 18, United States Code, Section 1623.

## COUNT NINETEEN
### False Declarations Before Grand Jury

The Grand Jury further charges that:

68.    On or about May 7, 2018, ASHLEY TIANA ROSS, in the Western District of Virginia, while under oath and testifying in a proceeding before a Federal Grand Jury of the United States in the Western District of Virginia, knowingly did make a false material declaration.

69.    At the time and place alleged, ASHLEY TIANA ROSS, appearing as a witness under oath at a proceeding before the grand jury knowingly made the following declaration in response to questions with respect to a material matter as follows:

"Q. Were there shell casings in your living room?
A. No.
Q. There were no shell casings in your living?
A. No, I didn't, it was dark.   I didn't see nothing.
Q. Did you see shell casings in your living room later that night or the next day?
A. No.
Q. And you didn't help pick up any shell casings and dispose of them?
A. No."

19

70. The testimony of ASHLEY TIANA ROSS, as she then and there well knew and believed, was false.

71. All in violation of Title 18, United States Code, Section 1623.

## COUNT TWENTY
### False Declarations Before Grand Jury

The Grand Jury further charges that:

72. On or about May 7, 2018, ASHLEY TIANA ROSS, in the Western District of Virginia, while under oath and testifying in a proceeding before a Federal Grand Jury of the United States in the Western District of Virginia, knowingly did make a false material declaration.

73. At the time and place alleged, ASHLEY TIANA ROSS, appearing as a witness under oath at a proceeding before the grand jury knowingly made the following declaration in response to questions with respect to a material matter as follows:

"Q. Did you ever see Javontay Holland that night?
A. Who?
Q. Tay Holland.
A. Okay.
Q. Your best friend.
A. No.
Q. You talked about him earlier, right?
A. Yeah.
Q. Did you ever see him that night?
A. No."

74. The testimony of ASHLEY TIANA ROSS, as she then and there well knew and believed, was false.

75. All in violation of Title 18, United States Code, Section 1623.

## COUNT TWENTY-ONE
### False Declarations Before Grand Jury

The Grand Jury further charges that:

76. On or about May 7, 2018, ASHLEY TIANA ROSS, in the Western District of Virginia, while under oath and testifying in a proceeding before a Federal Grand Jury of the United States in the Western District of Virginia, knowingly did make a false material declaration.

77. At the time and place alleged, ASHLEY TIANA ROSS, appearing as a witness under oath at a proceeding before the grand jury knowingly made the following declaration in response to questions with respect to a material matter as follows:

"Q. Who is Jermay?
A. He be with Phillip and them. All of them. They all grew up together.

\*      \*      \*

Q. Was he at North Hills Court the night Mouse was killed?
A. No, no. No."

78. The testimony of ASHLEY TIANA ROSS, as she then and there well knew and believed, was false.

79. All in violation of Title 18, United States Code, Section 1623.

## COUNT TWENTY-TWO
### Witness Tampering

The Grand Jury further charges that:

80. On or about April 24, 2018, KEVIN LAMONT TRENT, JR., in the Western District of Virginia, did knowingly intimidate, threaten, and corruptly persuade, or attempt to do so, and engage in misleading conduct toward witnesses with the intent to influence, delay, and

prevent the testimony of witnesses in a an officially proceeding, namely *In re: Investigation into the violence in Danville, Virginia.*

81.     All in violation of Title 18, United States Code, Section 1512(b)(1).


A TRUE BILL this  ⎯ day of June, 2018.

/s/ FOREPERSON
FOREPERSON

Thomas T. Cullen by/mtt
THOMAS T. CULLEN
UNITED STATES ATTORNEY

# U.S. District Court
## Western District of Virginia (Danville)
### CRIMINAL DOCKET FOR CASE #: 4:18-cr-00011-MFU-5

Case title: USA v. Davis et al

Date Filed: 06/11/2018

Assigned to: Chief Judge Michael F.
Urbanski

### Defendant (5)
**Phillip Daekwon Miles**
*also known as*
R
*also known as*
Sammy

| Pending Counts | Disposition |
| --- | --- |
| 18:1962-7471.F RACKETEERING - MURDER - 1962(d) and 1963 - Racketeering Conspiracy (8/20/2016) (1) | |
| 18:1959-7471.F RACKETEERING ACTIVITY, MURDER/KIDNAPPING - Violent Crime in Aid of Racketeering (8/20/2016) (2) | |
| 18:924J.F VIOLENT CRIME/DRUGS/MACHINE GUN WHERE DEATH OCCURS - 18:924(j) - Use of Firearm during a Violent Crime in aid of Racketeering (8/20/2016) (3) | |
| 18:1959-7471.F RACKETEERING ACTIVITY, MURDER/KIDNAPPING - 18:1959(a)(5) Violent Crime in Aid of Racketeering (8/20/2016) (4) | |
| 18:924C.F VIOLENT CRIME/DRUGS/MACHINE GUN - 18:924(c)(1)(A)(iii) - Firearm Used in Crime of Violence (8/20/2016) (5) | |

18:1959-7471.F RACKETEERING
ACTIVITY, MURDER/KIDNAPPING
- 18:1959(a)(3) - Violent Crime in Aid
of Racketeering (8/20/2016)
(6)

18:924C.F VIOLENT
CRIME/DRUGS/MACHINE GUN -
18:924(c)(1)(A)(iii) - Firearm Used in
Crime of Violence (8/20/2016)
(7)

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
| --- | --- |
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
| --- | --- |
| None | |

**Plaintiff**

**USA**                                    represented by  **Heather L. Carlton**
United States Attorneys Office -
Charlottesville
Western District of Virginia
255 West Main Street, Room 130
Charlottesville, VA 22901
434-293-4283
Fax: 434-293-4910
Email: heather.carlton@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: US Attorney*

**Ronald Mitchell Huber**
United States Attorneys Office -
Charlottesville
255 West Main Street, Room 130
Charlottesville, VA 22902
434-293-4283
Fax: 434-293-4910

Email: Ron.Huber@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: US Attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/11/2018 | 1 | MOTION to Seal Case by USA as to Marcus Jay Davis, Kevin Lamont Trent, Jr, Kanas Lamont'e Trent, Deshaun Lamar Trent, Phillip Daekwon Miles, Shabba Larun Chandler, Matthew Ceasar Ferguson, Ashley Tiana Ross, Shanicqua Latrice Coleman, Tenikqua Fuller. (mlh) |
| 06/11/2018 | 2 | ORDER granting 1 Motion to Seal Case as to Marcus Jay Davis (1), Kevin Lamont Trent Jr. (2), Kanas Lamont'e Trent (3), Deshaun Lamar Trent (4), Phillip Daekwon Miles (5), Shabba Larun Chandler (6), Matthew Ceasar Ferguson (7), Ashley Tiana Ross (8), Shanicqua Latrice Coleman (9), Tenikqua Fuller (10). Signed by Magistrate Judge Joel C. Hoppe on 6/11/2018. (Copy of Order emailed to AUSAs.) (mlh) |
| 06/11/2018 | 3 | MOTION for Voluntary Disclosure of Grand Jury and Other Materials and for Limitations on Further Disclosure by USA as to Marcus Jay Davis, Kevin Lamont Trent, Jr, Kanas Lamont'e Trent, Deshaun Lamar Trent, Phillip Daekwon Miles, Shabba Larun Chandler, Matthew Ceasar Ferguson, Ashley Tiana Ross, Shanicqua Latrice Coleman, Tenikqua Fuller. (mlh) |
| 06/11/2018 | 4 | ORDER granting 3 Motion for Voluntary Disclosure of Grand Jury and Other Materials and for Limitations on Further Disclosure as to Marcus Jay Davis (1), Kevin Lamont Trent Jr. (2), Kanas Lamont'e Trent (3), Deshaun Lamar Trent (4), Phillip Daekwon Miles (5), Shabba Larun Chandler (6), Matthew Ceasar Ferguson (7), Ashley Tiana Ross (8), Shanicqua Latrice Coleman (9), Tenikqua Fuller (10). Signed by Magistrate Judge Joel C. Hoppe on 6/11/2018. (Copy of Order emailed to AUSAs.) (mlh) |
| 06/11/2018 | 5 | SEALED INDICTMENT as to Marcus Jay Davis (1): Counts 1, 2, 3, 4, 5, 6, 7, Kevin Lamont Trent, Jr (2): Counts 1, 2, 3, 4, 5, 6, 7, 22, Kanas Lamont'e Trent (3): Counts 1, 2, 3, 4, 5, 6, 7, Deshaun Lamar Trent (4): Counts 1, 2, 3, 4, 5, 6, 7, Phillip Daekwon Miles (5): Counts 1, 2, 3, 4, 5, 6, 7, Shabba Larun Chandler (6): Counts 1, 2, 3, 4, 5, 6, 7, Matthew Ceasar Ferguson (7): Counts 1, 2, 3, 4, 5, 6, 7, Ashley Tiana Ross (8): Counts 8, 9, 10, 13, 14-18, 19, 20-21, Shanicqua Latrice Coleman (9): Counts 9, 10, 11-12, Tenikqua Fuller (10): Count 8. (mlh) |
| 06/11/2018 | 6 | Sealed Document: Unredacted Indictment. (mlh) |
| 06/11/2018 | 21 | Arrest Warrant Issued by Magistrate Judge Joel C. Hoppe in case as to Phillip Daekwon Miles. *(Location Fugitive Started)* (mlh) |
| 06/14/2018 | 29 | ORAL MOTION to Unseal Case by USA as to Marcus Jay Davis, Kevin Lamont Trent, Jr, Kanas Lamont'e Trent, Deshaun Lamar Trent, Phillip Daekwon Miles, Shabba Larun Chandler, Matthew Ceasar Ferguson, Ashley Tiana Ross, Shanicqua Latrice Coleman, Tenikqua Fuller. (ham) |
| 06/14/2018 | 30 | |

| | | |
|---|---|---|
| | | ORAL ORDER granting 29 Oral Motion to Unseal Case as to Marcus Jay Davis (1), Kevin Lamont Trent Jr. (2), Kanas Lamont'e Trent (3), Deshaun Lamar Trent (4), Phillip Daekwon Miles (5), Shabba Larun Chandler (6), Matthew Ceasar Ferguson (7), Ashley Tiana Ross (8), Shanicqua Latrice Coleman (9), Tenikqua Fuller (10). Entered by Magistrate Judge Joel C. Hoppe on 6/14/18. (ham) |
| 06/14/2018 | | Arrest of Phillip Daekwon Miles in Washington state (state custody). (kab) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 06/14/2018 14:15:17 | | | |
| **PACER Login:** | ux5027:4277067:0 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 4:18-cr-00011-MFU |
| **Billable Pages:** | 2 | **Cost:** | 0.20 |