Magistrate Judge Fricke

FILED / LODGED
RECEIVED
JUN 14 2018
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY                              DEPUTY

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PHILLIP DAEKWON MILES,<br><br>Defendant. | NO. MJ18-5151<br><br>MOTION FOR DETENTION ORDER |

The United States moves for detention of the Defendant, pursuant to 18 U.S.C. § 3142(e) and (f).

1.  <u>Eligibility of Case</u>.  This case is eligible for a detention order because this case involves (check all that apply):

    <u>X</u>   Crime of violence (18 U.S.C. § 3156)

    ___   Crime of Terrorism (18 U.S.C. § 2332b(g)(5)(B)) with a maximum sentence of ten years or more

    <u>X</u>   Crime with a maximum sentence of life imprisonment or death

    ___   Drug offense with a maximum sentence of ten years or more

    ___   Felony offense and defendant has two prior convictions in the four categories above, or two State convictions that would otherwise fall within these four categories if federal jurisdiction had existed

Motion for Detention/Miles
MJ18-5151 - 1

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

___    Felony offense involving a minor victim other than a crime of violence

___    Felony offense, other than a crime of violence, involving possession or use of a firearm, destructive device (as those terms are defined in 18 U.S.C. § 921), or any other dangerous weapon

___    Felony offense other than a crime of violence that involves a failure to register as a Sex Offender (18 U.S.C. § 2250)

_X_    Serious risk the defendant will flee

_X_    Serious risk of obstruction of justice, including intimidation of a prospective witness or juror

2. **Reason for Detention.** The Court should detain defendant because there are no conditions of release which will reasonably assure (check one or both):

_X_    Defendant's appearance as required

_X_    Safety of any other person and the community

3. **Rebuttable Presumption.** The United States will invoke the rebuttable presumption against defendant under § 3142(e). The presumption applies because:

___    Probable cause to believe defendant committed offense within five years of release following conviction for a "qualifying offense" committed while on pretrial release

___    Probable cause to believe defendant committed drug offense with a maximum sentence of ten years or more

_X_    Probable cause to believe defendant committed a violation of one of the following offenses: 18 U.S.C. §§ 924(c), 956 (conspiracy to murder or kidnap), 2332b (act of terrorism), 2332b(g)(5)(B) (crime of terrorism)

___    Probable cause to believe defendant committed an offense involving a victim under the age of 18 under 18 U.S.C. §§ 1591, 2241, 2242, 2244(a)(1), 2245, 2251, 2251A, 2252(a)(1) through 2252(a)(3), 2252A(a)(1) through 2252A(a)(4), 2260, 2421, 2422, 2423 or 2425

Motion for Detention/Miles
MJ18-5151 - 2

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

4. <u>Time for Detention Hearing</u>.  The United States requests the Court conduct the detention hearing:

__X__   At the initial appearance

____   After continuance of 3 days (not more than 3)

5. <u>Other matters</u>.

DATED this 14th day of June, 2018.

Respectfully submitted,

ANNETTE L. HAYES
United States Attorney

*/s/ Gregory A. Gruber*

GREGORY A. GRUBER
Assistant United States Attorney

Motion for Detention/Miles
MJ18-5151 - 3

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800