

U.S. v. Phillip Daekwon Miles
MJ18-5151
Government's Exhibit No. __1__
ADMITTED: _____



U.S. v. Phillip Daekwon Miles
MJ18-5151
Government's Exhibit No. 2A
ADMITTED:



U.S. v. Phillip Daekwon Miles
MJ18-5151
Government's Exhibit No. 2B
ADMITTED: _____



U.S. v. Phillip Daekwon Miles
MJ18-5151
Government's Exhibit No. 3
ADMITTED:

**Sammy Banks** @Lil_Tr · 40m
I ain't even in the ville and still can get you killed !!

**Sammy Banks** @Lil_Tr · 42m
Niggas be outchea telling and still try be tough like no mf ain't nobody fuccin with yo ass

U.S. v. Phillip Daekwon Miles
MJ18-5151
Government's Exhibit No. 4
ADMITTED: _____

**Author**
  Sammy Banks (100011196137924)
**Sent** 2016-08-07 15:56:26 UTC
**Body** 🔲🔲🔲 Ite lil stiCCs 🔲🔲

**Author** Shabba Chandler (100010734935778)
**Sent** 2016-08-07 15:55:56 UTC
**Body** Ain't nobody 1

**Author** Ta'Maz Jones (100000420065779)
**Sent** 2016-08-07 15:55:29 UTC
**Body** It's somebody in here with a body 🔲🔲

**Author** Sammy Banks (100011196137924)
**Sent** 2016-08-07 15:55:08 UTC
**Body** Lol we neve said we was killers you 6rought up the killer part up all I said is speak for you self just Cause you don't consider yourself one don't mean we not like I said I ain't got no 6ody 6ut I ain't for none even the opps know that

**Author** Shabba Chandler (100010734935778)
**Sent** 2016-08-07 15:54:14 UTC
**Body** Exclude me from this bullshxt I'm Cood up coolin

**Author** Rbg Ty Banks (100009668627647)
**Sent** 2016-08-07 15:53:18 UTC
**Body** EBK

**Author** Shabba Chandler (100010734935778)
**Sent** 2016-08-07 15:52:36 UTC
**Body** 🔲🔲🔲 yeah left

**Author** Shabba Chandler (100010734935778)
**Sent** 2016-08-07 15:52:21 UTC
**Body** Oh so everybody killers

**Author** Sammy Banks (100011196137924)
**Sent** 2016-08-07 15:51:54 UTC
**Body** You dead it lil stiCCs 🔲🔲🔲🔲

**Author** Shabba Chandler (100010734935778)
**Sent** 2016-08-07 15:51:34 UTC
**Body** 🔲🔲🔲 dead it

**Author** Sammy Banks (100011196137924)
**Sent** 2016-08-07 15:51:13 UTC
**Body** Never had to prove a point that's milk 🔲🔲

**Author** Sammy Banks (100011196137924)
**Sent** 2016-08-07 15:50:55 UTC
**Body** FaCCs 6

**Author** DaDa Trent (100010438929327)
**Sent** 2016-08-07 15:50:44 UTC
**Body** 🔲🔲 shvt uu might not C shvt I know what I'm a do

**Author** Shabba Chandler (100010734935778)
**Sent** 2016-08-07 15:50:37 UTC
**Body** Lol just to prove a point 🔲🔲

U.S. v. Phillip Daekwon Miles
MJ18-5151
Government's Exhibit No. 5
ADMITTED:

**Facebook Business Record**        Page 41093

**Author**
    Shabba Chandler (100010734935778)
**Sent** 2016-08-07 14:45:49 UTC
**Body** Ian shot shxt but I'm bout all that so ima go to sleep 😂🤷😂

**Author** Sammy Banks (100011196137924)
**Sent** 2016-08-07 14:45:21 UTC
**Body** Well I sCored so I know them msgs want for me

**Author** Ta'Maz Jones (100000420065779)
**Sent** 2016-08-07 14:44:59 UTC
**Body** 😂😂😂

**Author** Owe Pulla (100010861920321)
**Sent** 2016-08-07 14:44:43 UTC
**Body** They die?

**Author** Matthew Ferguson (100001207913837)
**Sent** 2016-08-07 14:44:34 UTC
**Body** Ima pray for y'all

**Author** Ta'Maz Jones (100000420065779)
**Sent** 2016-08-07 14:43:42 UTC
**Body** 2 😂😂 more than Eveybody except R and Gates

**Author** Owe Pulla (100010861920321)
**Sent** 2016-08-07 14:43:13 UTC
**Body** Just saying how many niccas u shot?

**Author** Ta'Maz Jones (100000420065779)
**Sent** 2016-08-07 14:42:40 UTC
**Body** I shot a nigga in the back and the ass idk bout no leg shots

**Author** Shabba Chandler (100010734935778)
**Sent** 2016-08-07 14:42:38 UTC
**Body** 😂😂😂😂😂 y'all wild this morning 🤷😂😂

**Author** Owe Pulla (100010861920321)
**Sent** 2016-08-07 14:42:19 UTC
**Body** If I eva have to shoot a nicca ima kill em no leg shots

**Author** Ta'Maz Jones (100000420065779)
**Sent** 2016-08-07 14:41:30 UTC
**Body** Shot

**Author** Owe Pulla (100010861920321)
**Sent** 2016-08-07 14:41:23 UTC
**Body** Shit no6ody ? 😂😂😂

**Author** Ta'Maz Jones (100000420065779)
**Sent** 2016-08-07 14:41:17 UTC
**Body** R you comin before you drop her off

**Author** Ta'Maz Jones (100000420065779)
**Sent** 2016-08-07 14:41:00 UTC
**Body** Y'all mad Kuz y'all ain't shit nobody it ain't the coolest thing in the world to do man damn 😂

**Author** Shabba Chandler (100010734935778)

U.S. v. Phillip Daekwon Miles
MJ18-5151
Government's Exhibit No. 6
ADMITTED: _____