# UNITED STATES DISTRICT COURT

**WESTERN DISTRICT OF WASHINGTON**
**OFFICE OF THE CLERK**
Tacoma
1717 Pacific Ave., Suite 3100
Tacoma, WA 98402
(253) 882-3826

**WILLIAM M. MCCOOL**
**District Court Executive**
**Clerk of Court**

**LORI LANDIS**
**Chief Deputy Clerk**

June 21, 2018

**CLERK, US DISTRICT COURT**
Western District of Virginia, Danville Division
InterdistrictTransfer_VAWD@vawd.uscourts.gov

Re: Phillip Daekwon Miles

Your No: 4:18-cr-00011-005
Our No: MJ18-5151

Dear Clerk:

On June 20, 2018, the Defendant executed a Waiver of Rule 5 Hearing and the Court signed the Order of Transfer, transferring the above captioned case to your court pursuant to Rule 5. Attached you will find a PDF image of our *Internal Docket Sheet* and documents contained in the Western District of Washington Court File.

The Defendant was ordered detained and remanded to the custody of the US Marshal for transport to your district. Please feel free to contact me should you have any questions.

Please acknowledge receipt by returning this letter to me at Traci_Whiteley@wawd.uscourts.gov

Sincerely,

WILLIAM M. MCCOOL, District Court Executive

By _____
Deputy Clerk